# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| Jami Marino | : | |
| | : | Bankruptcy Case No.: 18-18171ELF |
| | : | |

## ORDER

AND NOW, this __27th__ day of __December__, 2018, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __January 11, 2019.__ xxxxx.

_____
**Judge Eric L. Frank**