| Employee File Number | Employee Name | | | | FIRST PLATINUM ABSTRACT, LLC | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 000000002 | JAMI L MARINO | | | | 2416 BRISTOL ROAD | | | | |
| Company Division | Department | Clock number | Net Pay | | BENSALEM, PA 19020 | | | | 215-741-2000 |
| 2114 | | | $1,874.47 | | | | | | |
| Period Start | Period End | Check Date | FW M 1 | | Distribution Account | | | | Amount |
| NOV 16, 2018 | NOV 30, 2018 | NOV 30, 2018 | ST | | ACH- EDUCATIONAL CU - #xxxx82585 | | | | 1874.47 |

| EARNING | UNITS | RATE | AMOUNT | YTD | TAX | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| SALARY | | | 2500.00 | 55000.00 | EE SOC SEC | 155.00 | 3410.00 | AFLAC HOSP | 23.66 | 520.52 |
| | | | | | EE MEDIC | 36.26 | 791.50 | AFLAC STD | 24.57 | |
| | | | | | FED WTH | 205.81 | 4578.00 | RTH401K% | 75.00 | |
| | | | | | PA | 76.75 | 1688.50 | | | |
| | | | | | PAUD | 1.50 | 33.00 | | | |
| | | | | | | 27.17 | 597.74 | | | |

| PTO PLAN NAME | | | TAKEN | BALANCE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Total | | | 2500.00 | 55000.00 | Total | 502.30 | 11101.74 | Total | 123.23 | 520.52 |

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼
QUITE DOCUMENTO EN ESTA PERFORACIÓN

---

**FIRST PLATINUM ABSTRACT, LLC**
2416 BRISTOL ROAD
BENSALEM, PA 19020

| CHECK DATE | VOUCHER NO. |
|---|---|
| NOV 30, 2018 | 3632630 |

**PAY**  ZERO DOLLARS ********
**PAY TO THE ORDER OF**

**PAY THIS AMOUNT**
****************$0.00

000000002
**JAMI L MARINO**
820 Avenue F
LANGHORNE, PA 19047

THIS DOCUMENT CONTAINS A GREEN PANTOGRAPH • MICROPRINTING • BACK HAS A WATERMARK • HOLD AT AN ANGLE TO VIEW • VOID IF NOT PRESENT

**NON NEGOTIABLE VOUCHER**

# Check History Register from 09/01/2018 to 10/31/2018

**Company: 2114 - FIRST PLATINUM ABSTRACT, LLC**

| Name (Emp #) | Earnings | | | Taxes | | | Deductions | | Check #/Type |
|---|---|---|---|---|---|---|---|---|---|
| Pay Freq | Earnings | Units | Amount | Taxes | M/S Ex | Amount | Deductions | Amount | Date/Net Pay |

**MARINO, JAMI L (000000002)** — Employee Number: 000000002

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SEM | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC-HOSP | 23.66 | 3301965 |
| | | | | ER Soc Sec | | 155.00 | AFLAC-STD | 24.57 | Voucher |
| | | | | EE Medic | | 36.25 | | | 09/14/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED WTH | M 1 | 205.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0619 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Totals: | | | 2,500.00 | | | 693.55 | | 48.23 | |
| Memo Totals: | | | | | | 191.25 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |

**MARINO, JAMI L (000000002)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SEM | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC-HOSP | 23.66 | 3351572 |
| | | | | ER Soc Sec | | 155.00 | AFLAC-STD | 24.57 | Voucher |
| | | | | EE Medic | | 36.25 | | | 09/28/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED WTH | M 1 | 205.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0619 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Memo Totals: | | | | | | 191.25 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |
| Totals: | | | 2,500.00 | | | 693.55 | | 48.23 | |

**MARINO, JAMI L (000000002)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SEM | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC-HOSP | 23.66 | 3343992 |
| | | | | ER Soc Sec | | 155.00 | AFLAC-STD | 24.57 | Voucher |
| | | | | EE Medic | | 36.25 | RH401% | 75.00 | 10/15/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED WTH | M 1 | 205.63 | | | |

# Check History Register from 09/01/2018 to 10/31/2018

**Company: 2114 - FIRST PLATINUM ABSTRACT, LLC**

Employee Number: 000000002

| Name (Emp #) | Earnings | | | Taxes | | | Deductions | | Check #/Type |
|---|---|---|---|---|---|---|---|---|---|
| Pay Freq | Earnings | Units | Amount | Taxes | M/S Ex | Amount | Deductions | Amount | Date/Net Pay |

**MARINO, JANI L (000000002)**

| | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC HOSP | 23.86 | 3494481 |
| | | | | ER Soc Sec | 1 | 155.00 | AFLAC STD | 24.57 | Voucher |
| | | | | EE Medic | 1 | 36.25 | Rbh401%% | 75.00 | 10/31/2018 |
| | | | | ER Medic | 1 | 36.25 | | | |
| | | | | FED WTH | M 1 | 205.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0619 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Live Totals: | | | 2,500.00 | | | 692.30 | | 123.23 | 1,874.47 |
| Memo Totals: | | | | | | 191.25 | | | |
| Totals: | | | 2,500.00 | | | 693.55 | | 123.23 | |

**FIRST PLATINUM ABSTRACT LLC Totals**

| | SALARY | | 10,000.00 | EE Soc Sec | | 620.00 | AFLAC HOSP | 94.64 | |
| | | | | ER Soc Sec | | 620.00 | AFLAC STD | 98.28 | |
| | | | | EE Medic | | 145.00 | Rbh401%% | 150.00 | |
| | | | | ER Medic | | 145.00 | | | |
| | | | | FED WTH | | 822.52 | | | |
| | | | | PA | | 307.00 | | | |
| | | | | PAUD | | 6.00 | | | |
| | | | | PA0619 | | 100.00 | | | |
| | | | | BENSALEM T | | 8.68 | | | |
| Live Totals: | | | 10,000.00 | | | 2,009.20 | | 342.92 | 7,647.88 |
| Memo Totals: | | | | | | 765.00 | | | |
| Totals: | | | 10,000.00 | | | 2,774.20 | | 342.92 | |

Total Checks: 0
Total Vouchers: 4
Total Manuals: 0
Total Voids: 0
Total YTD Adj: 0

## Check History Register from 06/01/2018 to 08/31/2018

Company: 2114 - FIRST PLATINUM ABSTRACT, LLC

Employee Number: 000000002

| Name (Emp #) | Earnings | | | Taxes | | | Deductions | | Check #/Type |
|---|---|---|---|---|---|---|---|---|---|
| Pay Freq | Earnings | Units | Amount | Taxes | M/S Ex | Amount | Deductions | Amount | Date/Net Pay |

### MARINO, JAMI L (000000002)

| SEM | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC HOSP | 23.66 | 2817580 |
| | | | | ER Soc Sec | | 155.00 | AFLAC STD | 24.57 | Voucher |
| | | | | EE Medic | 1 | 36.25 | | | 06/15/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED WTH | M 1 | 205.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0619 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |
| Memo Totals: | | | | | | 191.25 | | | |
| Totals: | | | 2,500.00 | | | 693.55 | | 48.23 | |

### MARINO, JAMI L (000000002)

| SEM | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC HOSP | 23.66 | 2976180 |
| | | | | ER Soc Sec | | 155.00 | AFLAC STD | 24.57 | Voucher |
| | | | | EE Medic | 1 | 36.25 | | | 06/29/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED WTH | M 1 | 205.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0619 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |
| Memo Totals: | | | | | | 191.25 | | | |
| Totals: | | | 2,500.00 | | | 693.55 | | 48.23 | |

### MARINO, JAMI L (000000002)

| SEM | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC HOSP | 23.66 | 3034112 |
| | | | | ER Soc Sec | | 155.00 | AFLAC STD | 24.57 | Voucher |
| | | | | EE Medic | 1 | 36.25 | | | 07/13/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED WTH | M 1 | 205.63 | | | |

Company: 2114 - FIRST PLATINUM ABSTRACT, LLC

Report: 101 - 11.1.1    Page 1 of 3    Created: 12/20/2018 04:34:09 PM

## Check History Register from 06/01/2018 to 08/31/2018

Company: 2114 - FIRST PLATINUM ABSTRACT, LLC

Employee Number: 000000002

| Name (Emp #) | Earnings | | | Taxes | | | Deductions | | Check #/Type |
|---|---|---|---|---|---|---|---|---|---|
| Pay Freq | Earnings | Units | Amount | Taxes | M/S Ex | Amount | Deductions | Amount | Date/Net Pay |

**MARINO, JAMI L (000000002)**

| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0819 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |
| Memo Totals: | | | | | | 191.25 | | | |
| Totals: | | | 2,500.00 | | | 693.55 | | 48.23 | |

**MARINO, JAMI L (000000002)**

| SEM | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC HOSP | 23.66 | 3098453 |
| | | | | ER Soc Sec | | 155.00 | AFLAC STD | 24.57 | Voucher |
| | | | | EE Medic | 1 | 36.25 | | | 07/31/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED W/H | M 1 | 205.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0819 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |
| Memo Totals: | | | | | | 191.25 | | | |
| Totals: | | | 2,500.00 | | | 693.55 | | 48.23 | |

**MARINO, JAMI L (000000002)**

| SEM | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC HOSP | 23.66 | 3159475 |
| | | | | ER Soc Sec | | 155.00 | AFLAC STD | 24.57 | Voucher |
| | | | | EE Medic | 1 | 36.25 | | | 08/15/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED W/H | M 1 | 205.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUD | 1 | 1.50 | | | |
| | | | | PA0819 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |

Company: 2114 - FIRST PLATINUM ABSTRACT, LLC

Report: 101 - 11.1.1    Page 2 of 3    Created: 12/20/2018 04:34:09 PM

## Check History Register from 06/01/2018 to 08/31/2018

Company: 2114 - FIRST PLATINUM ABSTRACT, LLC

Employee Number: 000000002

| Name (Emp #) / Pay Freq | Earnings | Units | Amount | Taxes | M/S Ex | Amount | Deductions | Amount | Check #/Type Date/Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Memo Totals: | | | | | | 191.25 | | | |
| Totals: | | | 2,500.00 | | | 893.55 | | 48.23 | |

MARINO, JAMI L (000000002)

| SEM | SALARY | | 2,500.00 | EE Soc Sec | 1 | 155.00 | AFLAC HOSP | 23.66 | 3235271 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ER Soc Sec | | 155.00 | AFLAC STD | 24.57 | Voucher |
| | | | | EE Medic | | 36.25 | | | 08/31/2018 |
| | | | | ER Medic | | 36.25 | | | |
| | | | | FED WTH | M 1 | 295.63 | | | |
| | | | | PA | 1 | 76.75 | | | |
| | | | | PAUC | 1 | 1.50 | | | |
| | | | | PA0819 | | 25.00 | | | |
| | | | | BENSALEM T | | 2.17 | | | |
| Live Totals: | | | 2,500.00 | | | 502.30 | | 48.23 | 1,949.47 |
| Memo Totals: | | | | | | 191.25 | | | |
| Totals: | | | 2,500.00 | | | 693.55 | | 48.23 | |

| FIRST PLATINUM ABSTRACT LLC Totals: | SALARY | | 15,000.00 | EE Soc Sec | | 930.00 | AFLAC HOSP | 141.96 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ER Soc Sec | | 930.00 | AFLAC STD | 147.42 | |
| Total Checks:0 | | | | EE Medic | | 217.50 | | | |
| Total Vouchers:0 | | | | ER Medic | | 217.50 | | | |
| Total Manuals:0 | | | | FED WTH | | 1,233.78 | | | |
| Total Voids:0 | | | | PA | | 460.50 | | | |
| Total YTD Adj:0 | | | | PAUC | | 9.00 | | | |
| | | | | PA0819 | | 150.00 | | | |
| | | | | BENSALEM T | | 13.02 | | | |
| Live Totals: | | | 15,000.00 | | | 3,013.80 | | 289.38 | 11,696.82 |
| Memo Totals: | | | | | | 1,147.50 | | | |
| Totals: | | | 15,000.00 | | | 4,161.30 | | 289.38 | |

| Employee File Number | Employee Name | | | FIRST PLATINUM ABSTRACT, LLC | | | |
|---|---|---|---|---|---|---|---|
| 000000002 | JAMI L MARINO | | | 2416 BRISTOL ROAD BENSALEM, PA 19020 | | | 215-741-2000 |
| Company Division | Department | Clock number | Net Pay | Distribution Account | | | Amount |
| 2114 | | | $1,949.47 | ACH EDUCATIONAL CU-xxxxx2835 | | | 1949.47 |
| Period Start | Period End | Check Date | FW M 1 | | | | |
| JUN 01, 2018 | JUN 15, 2018 | JUN 15, 2018 | ST | | | | |

| EARNING | UNITS | RATE | AMOUNT | YTD | TAX | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| SALARY | | | 2500.00 | 27500.00 | EE SOC SEC | 155.00 | 1705.00 | AFLAC HOSP | 43.60 | 260.26 |
| | | | | | EE MEDIC | 36.25 | 398.75 | AFLAC STD | 24.65 | |
| | | | | | FED WTH | 205.93 | 2318.07 | | | |
| | | | | | PA | 76.75 | 844.26 | | | |
| | | | | | PAUC | 1.50 | 16.50 | | | |
| | | | | | | 27.17 | 298.87 | | | |
| PTO PLAN NAME | | | TAKEN | BALANCE | | | | | | |
| Total | | | 2500.00 | 27500.00 | Total | 502.60 | 5579.44 | Total | 48.23 | 260.26 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

FIRST PLATINUM ABSTRACT, LLC
2416 BRISTOL ROAD
BENSALEM, PA 19020

| CHECK DATE | VOUCHER NO. |
|---|---|
| JUN 15, 2018 | 2917580 |

**PAY THIS AMOUNT**
****************$0.00

**PAY** ZERO DOLLARS ********
**PAY TO THE ORDER OF**

000000002
**JAMI L MARINO**
820 Avenue F
LANGHORNE, PA 19047

THIS DOCUMENT CONTAINS A CHERT ZANTOKRAPHY MICROPRINTING BACK HAS A WATERMARK HOLD AT AN ANGLE TO VIEW VOID IF NOT PRESENT

**NON NEGOTIABLE VOUCHER**

HCSG East LLC - HOPKINS CENTER (910)                                                          Voucher #: 3505983 Sort Order: 2015

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 11-29-2018 | XXX-XX-3748 | 11-11-2018 | 11-24-2018 | 06080435 |

Federal Tax-Status M Allowances NONE                                                State Tax - Status M  Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11-24-2018 | Regular Salary | | | 1423.20 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| ChildSupport | 171.23 | 342.46 |
| Medical PreT | 78.42 | 388.74 |
| Cancer PreTa | 9.99 | 49.95 |
| Dental PreTa | 9.02 | 27.06 |
| Vision PreTa | 1.98 | 5.94 |
| FEDERAL TAX | 90.89 | 863.52 |
| MEDICARE | 19.19 | 189.38 |
| SOC SECURITY | 82.07 | 809.78 |
| PA INCOME TAX | 40.64 | 400.98 |
| PA SUI | 0.85 | 8.12 |
| LANGHORNE, PA O/ | 0.00 | 8.00 |
| PHILADELPHIA, PA | 0.00 | 157.27 |

Total(s):  1,423.20

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 54825 | 918.92 | $918.92 |

Net Pay YTD: $10,281.50

Total: 918.92          Total(s): 504.28  3,251.20

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 459.00 | 8180.12 |
| Overtime | 3.25 | 86.74 |
| Regular Salary | 240.00 | 4269.60 |
| Retro | 56.00 | 996.24 |

PAID TIME OFF
Description    Balance

EMPLOYER CONTRIBUTIONS
Description    Amount    Y-T-D

Total: 758.25  $13,532.70                    Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: CPR1095                        Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180

---

910 HCSG EAST, LLC                                                           06080435
HCSG East LLC                                                                11-29-2018
850 BEAR TAVERN RD
EWING, NJ 08628                              AMOUNT          ** VOID **

Pay: Non-negotiable

To The    CHRISTOPHER LEMERISE
Order     820 AVENUE E
Of:       LANGHORNE, PA 19047

**Non-Negotiable**

HCSG East LLC - HOPKINS CENTER (910) | Voucher #: 3461733 Sort Order: 2011

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 11-15-2018 | XXX-XX-3748 | 10-28-2018 | 11-10-2018 | 06043673 |

Federal Tax-Status M Allowances NONE | State Tax - Status M Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11-10-2018 | Regular Salary | | | 1423.20 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| ChildSupport | 171.23 | 171.23 |
| Medical PreT | 78.42 | 310.32 |
| Cancer PreTa | 9.99 | 39.96 |
| Dental PreTa | 9.02 | 18.04 |
| Vision PreTa | 1.98 | 3.96 |
| FEDERAL TAX | 90.89 | 772.63 |
| MEDICARE | 19.20 | 170.19 |
| SOC SECURITY | 82.08 | 727.71 |
| PA INCOME TAX | 40.64 | 360.34 |
| PA SUI | 0.85 | 7.27 |
| LANGHORNE, PA O/ | 0.00 | 8.00 |
| PHILADELPHIA, PA | 0.00 | 157.27 |

Total(s): 1,423.20

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 54825 | 918.90 |

Net Pay: **$918.90**

Net Pay YTD: **$9,362.58**

Total: 918.90 | Total(s): 504.30  2,746.92

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 459.00 | 8180.12 |
| Overtime | 3.25 | 86.74 |
| Regular Salary | 160.00 | 2846.40 |
| Retro | 56.00 | 996.24 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: 678.25  $12,109.50 | Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: CPR1095 | Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180

---

910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

06043673
11-15-2018

AMOUNT  ** VOID **

Pay: Non-negotiable

To The Order of: CHRISTOPHER LEMERISE
820 AVENUE E
LANGHORNE, PA 19047

Non-Negotiable

HCSG East LLC - HOPKINS CENTER (910)     Voucher #: 3392377 Sort Order: 2015

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 11-01-2018 | XXX-XX-3748 | 10-14-2018 | 10-27-2018 | 05997622 |

Federal Tax-Status M Allowances NONE     State Tax - Status M Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10-27-2018 | Regular Salary | | | 1423.20 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| Medical PreT | 78.42 | 231.90 |
| Cancer PreTa | 9.99 | 29.97 |
| Dental PreTa | 9.02 | 9.02 |
| Vision PreTa | 1.98 | 1.98 |
| FEDERAL TAX | 90.89 | 681.74 |
| MEDICARE | 19.19 | 150.99 |
| SOC SECURITY | 82.07 | 645.63 |
| PA INCOME TAX | 40.64 | 319.70 |
| PA SUI | 0.85 | 6.42 |
| LANGHORNE, PA O/ | 0.00 | 8.00 |
| PHILADELPHIA, PA | 0.00 | 157.27 |

Total(s): 1,423.20

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 54825 | 1,090.15 |

Net Pay: **$1,090.15**

Net Pay YTD: **$8,443.68**

Total: 1,090.15     Total(s): 333.05     2,242.62

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 459.00 | 8180.12 |
| Overtime | 3.25 | 86.74 |
| Regular Salary | 80.00 | 1423.20 |
| Retro | 56.00 | 996.24 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: 598.25    $10,686.30     Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: CPR1095     Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs 18.04.180

910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

05997622
11-01-2018

AMOUNT: ** VOID **

Pay: Non-negotiable

To The Order Of: CHRISTOPHER LEMERISE
820 AVENUE E
LANGHORNE, PA 19047

**Non-Negotiable**

HCSG East LLC - CRESTVIEW CENTER - PA (910)   Voucher #: 3378626   Sort Order: 29

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 10-19-2018 | XXX-XX-3748 | 10-14-2018 | 10-27-2018 | 05975357 |

Federal Tax-Status M Allowances NONE   State Tax - Status M Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10-27-2018 | Regular Salary | 17.7900 | 0.00 | 0.00 |
| 10-27-2018 | Retro | 17.7900 | 56.00 | 996.24 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| Medical PreT | 0.00 | 153.48 |
| Cancer PreTa | 0.00 | 19.98 |
| FEDERAL TAX | 55.20 | 590.85 |
| MEDICARE | 14.45 | 131.80 |
| SOC SECURITY | 61.77 | 563.56 |
| PA INCOME TAX | 30.58 | 279.06 |
| PA SUI | 0.60 | 5.57 |
| LANGHORNE, PA O/ | 2.00 | 8.00 |
| PHILADELPHIA, PA | 0.00 | 157.27 |

Total(s):   56.00   996.24

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 54825 | 831.64 |

Net Pay: **$831.64**

Net Pay YTD: **$7,353.53**

Total: 831.64

Total(s): 164.60   1,909.57

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 459.00 | 8180.12 |
| Overtime | 3.25 | 86.74 |
| Retro | 56.00 | 996.24 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total:   518.25   $9,263.10

Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020  1-800-363-4274

Build: CPR1095   Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180

---

910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

05975357
10-19-2018

AMOUNT   ** VOID **

Pay: Non-negotiable

To The Order Of: CHRISTOPHER LEMERISE
820 AVENUE E
LANGHORNE, PA 19047

*Non-Negotiable*

HCSG East LLC - CRESTVIEW CENTER - PA (910)                                              Voucher #: 3347297  Sort Order: 1921

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 10-18-2018 | XXX-XX-3748 | 09-30-2018 | 10-13-2018 | 05945781 |

Federal Tax-Status M Allowances NONE                           State Tax - Status M Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10-13-2018 | Regular Hours | 17.7900 | 19.75 | 351.35 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| Medical PreT | 76.74 | 153.48 |
| Cancer PreTa | 9.99 | 19.98 |
| FEDERAL TAX | 0.00 | 535.65 |
| MEDICARE | 3.83 | 117.35 |
| SOC SECURITY | 16.41 | 501.79 |
| PA INCOME TAX | 8.12 | 248.48 |
| PA SUI | 0.21 | 4.97 |
| LANGHORNE,PA O/ | 0.00 | 6.00 |
| PHILADELPHIA,PA | 12.15 | 157.27 |

Total(s):                         19.75    351.35

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 54825 | 223.90 |

**Net Pay**
$223.90

**Net Pay YTD**
$6,521.89

Total:                                223.90

Total(s):                    127.45    1,744.97

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 459.00 | 8180.12 |
| Overtime | 3.25 | 86.74 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total:     462.25   $8,266.86

Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020  1-800-363-4274

Build: CPR1095                           Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180

---

910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

05945781
10-18-2018

AMOUNT    ** VOID **

Pay: Non-negotiable

To The   CHRISTOPHER LEMERISE
Order   820 AVENUE E
Of:    LANGHORNE, PA 19047

*Non-Negotiable*

HCSG East LLC - CRESTVIEW CENTER - PA (910)　　　　　　　　　　　　　　　　　　　　　　Voucher #: 3330429 Sort Order: 1912

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 10-04-2018 | XXX-XX-3748 | 09-16-2018 | 09-29-2018 | 05929274 |

Federal Tax-Status M Allowances NONE　　　　　　　　　　　　　　　　　　　　　State Tax - Status M Allowances NONE

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 09-29-2018 | Regular Hours | 17.7900 | 74.50 | 1325.36 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| Medical PreT | 76.74 | 76.74 |
| Cancer PreTa | 9.99 | 9.99 |
| FEDERAL TAX | 80.67 | 535.65 |
| MEDICARE | 17.96 | 113.52 |
| SOC SECURITY | 76.79 | 485.38 |
| PA INCOME TAX | 38.03 | 240.36 |
| PA SUI | 0.80 | 4.76 |
| LANGHORNE,PA O/ | 0.00 | 6.00 |
| PHILADELPHIA,PA | 45.81 | 145.12 |

Total(s):　　　　　　　74.50　1,325.36

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 54825 | 978.57 |

**Net Pay**
$978.57

**Net Pay YTD**
$6,297.99

Total:　　　978.57　　　　　　　　　　　　　　　Total(s):　346.79　1,617.52

**Y-T-D EARNINGS**

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 439.25 | 7828.77 |
| Overtime | 3.25 | 86.74 |

**PAID TIME OFF**

| Description | Balance |
|---|---|

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|

Total:　442.50　$7,915.51　　　　　　　　　　　　　　　　　Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: CPR1095　　　　　　　　　　　　　　　Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs 18.04.180

---

910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

05929274
10-04-2018

AMOUNT  ** VOID **

Pay: Non-negotiable

To The CHRISTOPHER LEMERISE
Order 820 AVENUE E
of: LANGHORNE, PA 19047

**Non-Negotiable**

HCSG East LLC - CRESTVIEW CENTER - PA (910)    Voucher #: 3271796 Sort Order: 1917

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 09-20-2018 | XXX-XX-3748 | 09-02-2018 | 09-15-2018 | 05887703 |

Federal Tax-Status M Allowances NONE         State Tax - Status M Allowances NONE

| CURRENT EARNINGS DETAIL ||||| DEDUCTIONS / TAXES |||
|---|---|---|---|---|---|---|---|
| Date | Description | Rate | Hours | Amount | Description | Amount | Y-T-D |
| 09-15-2018 | Regular Hours | 17.7900 | 71.50 | 1271.99 | FEDERAL TAX | 84.68 | 454.98 |
| | | | | | MEDICARE | 18.45 | 95.56 |
| | | | | | SOC SECURITY | 78.86 | 408.59 |
| | | | | | PA INCOME TAX | 39.05 | 202.33 |
| | | | | | PA SUI | 0.76 | 3.96 |
| | | | | | LANGHORNE, PA O/ | 0.00 | 6.00 |
| | | | | | PHILADELPHIA, PA | 43.97 | 99.31 |

Total(s):    71.50   1,271.99

| Type | Account | Amount | Net Pay |
|---|---|---|---|
| DIRECT DEPOSIT | | | |
| CHECKING | 54825 | 1,006.22 | $1,006.22 |

Net Pay YTD
$5,319.42

Total:    1,006.22         Total(s):   265.77   1,270.73

| Y-T-D EARNINGS ||| PAID TIME OFF | EMPLOYER CONTRIBUTIONS |||
|---|---|---|---|---|---|---|
| Description | Hours | Amount | Description    Balance | Description | Amount | Y-T-D |
| Regular Hours | 364.75 | 6503.41 | | | | |
| Overtime | 3.25 | 86.74 | | | | |

Total:    368.00   6,590.15         Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020  1-800-363-4274

Build: CPR1095        Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180

910 HCSG EAST, LLC                                05887703
HCSG East LLC                                     09-20-2018
850 BEAR TAVERN RD
EWING, NJ 08628
                                  AMOUNT          ** VOID **

Pay: Non-negotiable

To The   CHRISTOPHER LEMERISE
Order    820 AVENUE F
of:      LANGHORNE, PA 19047

Not-Negotiable

HCSG East LLC - CRESTVIEW CENTER - PA (910)                               Voucher #: 3208545  Sort Order: 1968

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 09-06-2018 | XXX-XX-3748 | 08-19-2018 | 09-01-2018 | 05841820 |

Federal Tax-Status M Allowances NONE                          State Tax - Status M Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 09-01-2018 | Regular Hours | 17.7900 | 55.00 | 978.45 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 53.42 | 370.30 |
| MEDICARE | 14.18 | 77.11 |
| SOC SECURITY | 60.67 | 329.73 |
| PA INCOME TAX | 30.04 | 163.28 |
| PA SUI | 0.59 | 3.20 |
| LANGHORNE, PA O/ | 0.00 | 6.00 |
| PHILADELPHIA, PA | 33.82 | 55.34 |

Total(s):   55.00   978.45

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 54825 | 785.73 | $785.73 |

Net Pay YTD: $4,313.20

Total: 785.73                                      Total(s): 192.72   1,004.96

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 293.25 | 5231.42 |
| Overtime | 3.25 | 86.74 |

PAID TIME OFF  Description  Balance

EMPLOYER CONTRIBUTIONS  Description  Amount  Y-T-D

Total:  296.50  $5,318.16                          Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020  1-800-363-4274

Build: CPR1095                              Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs 18.04.180

---



910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

05841820
09-06-2018

AMOUNT   ** VOID **

Pay: Non-negotiable

To The CHRISTOPHER LEMERISE
Order 820 AVENUE E
Of: LANGHORNE, PA 19047

**Not-Negotiable**

HCSG East LLC - CRESTVIEW CENTER - PA (910)   Voucher #: 3165052   Sort Order: 1979

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 08-23-2018 | XXX-XX-3748 | 08-05-2018 | 08-18-2018 | 05802583 |

Federal Tax-Status M  Allowances NONE                                                 State Tax - Status M  Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-18-2018 | Overtime | 26.6900 | 2.25 | 60.05 |
| 08-18-2018 | Regular Hours | 17.7900 | 35.00 | 622.65 |
| 08-18-2018 | Regular Hours | 17.7900 | 45.00 | 800.55 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 110.03 | 316.88 |
| MEDICARE | 21.51 | 62.93 |
| SOC SECURITY | 91.96 | 269.06 |
| PA INCOME TAX | 45.54 | 133.24 |
| PA SUI | 0.89 | 2.61 |
| LANGHORNE, PA O/ | 2.00 | 6.00 |
| PHILADELPHIA, PA | 21.52 | 21.52 |

Total(s):   82.25   1,483.25

### DIRECT DEPOSIT

| Type | Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 54825 | 1,189.80 | $1,189.80 |

Net Pay YTD  $3,527.47

Total: 1,189.80                                   Total(s): 293.45   812.24

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 238.25 | 4252.97 |
| Overtime | 3.25 | 86.74 |

### PAID TIME OFF
| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS
| Description | Amount | Y-T-D |
|---|---|---|

Total:  241.50  $4,339.71                         Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020  1-800-363-4274

Build: CPR1095                                Query: HRP_CHECKS.MVQ  Version: LegalNL_YTDhrs  18.04.180

---

910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

05802583
08-23-2018

AMOUNT  ** VOID **

Pay: Non-negotiable

To The Order of: CHRISTOPHER LEMERISE
820 AVENUE F
LANGHORNE, PA 19047

**Non-Negotiable**

HCSG East LLC - CRESTVIEW CENTER - PA (910)                                                    Voucher #: 3137001 Sort Order: 2005

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 08-09-2018 | XXX-XX-3748 | 07-22-2018 | 08-04-2018 | 05773168 |

Federal Tax-Status M Allowances NONE                                       State Tax - Status M Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-04-2018 | Overtime | 26.6900 | 1.00 | 26.69 |
| 08-04-2018 | Regular Hours | 18.2900 | 17.25 | 315.50 |
| 08-04-2018 | Regular Hours | 17.7900 | 62.75 | 1116.32 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 107.06 | 206.85 |
| MEDICARE | 21.15 | 41.42 |
| SOC SECURITY | 90.43 | 177.10 |
| PA INCOME TAX | 44.78 | 87.70 |
| PA SUI | 0.88 | 1.72 |
| LANGHORNE,PA O/ | 2.00 | 4.00 |

Total(s):                81.00    1,458.51

| Type | Account | Amount |
|---|---|---|
| DIRECT DEPOSIT | | |
| CHECKING | 54825 | 1,192.21 |

Net Pay  $1,192.21

Net Pay YTD  $2,337.67

Total:  1,192.21                                      Total(s):  266.30   518.79

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 158.25 | 2829.77 |
| Overtime | 1.00 | 26.69 |

### PAID TIME OFF
| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS
| Description | Amount | Y-T-D |
|---|---|---|

Total:  159.25   $2,856.46                                      Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020  1-800-363-4274

Build: CPR1095                                     Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180

---

910 HCSG EAST, LLC                                                    05773168
HCSG East LLC                                                         08-09-2018
850 BEAR TAVERN RD
EWING, NJ 08628

AMOUNT  ** VOID **

Pay: Non-negotiable

To The CHRISTOPHER LEMERISE
Order 820 AVENUE F
 of: LANGHORNE, PA 19047

**Non-Negotiable**

HCSG East LLC - CRESTVIEW CENTER - PA (910)                                                          Voucher #: 3103961 Sort Order: 1997

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| CHRISTOPHER LEMERISE - (V38557) | 07-26-2018 | XXX-XX-3748 | 07-08-2018 | 07-21-2018 | 05737849 |

Federal Tax-Status M Allowances NONE                                State Tax - Status M Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-21-2018 | Regular Hours | 18.2900 | 11.75 | 214.91 |
| 07-21-2018 | Regular Hours | 17.7900 | 66.50 | 1183.04 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL TAX | 99.79 | 99.79 |
| MEDICARE | 20.27 | 20.27 |
| SOC SECURITY | 86.67 | 86.67 |
| PA INCOME TAX | 42.92 | 42.92 |
| PA SUI | 0.84 | 0.84 |
| LANGHORNE, PA O/ | 2.00 | 2.00 |

Total(s):                    78.25    1,397.95

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 54825 | 1,145.46 |

**Net Pay**
$1,145.46

**Net Pay YTD**
$1,145.46

Total:    1,145.46           Total(s):    252.49    252.49

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 78.25 | 1397.95 |

PAID TIME OFF
Description    Balance

EMPLOYER CONTRIBUTIONS
Description    Amount    Y-T-D

Total:    78.25    $1,397.95                Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020  1-800-363-4274

Build: CPR1095                              Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180

---

910 HCSG EAST, LLC
HCSG East LLC
850 BEAR TAVERN RD
EWING, NJ 08628

05737849
07-26-2018

AMOUNT    ** VOID **

Pay: Non-negotiable

To The  CHRISTOPHER LEMERISE
Order   820 AVENUE E
Of:     LANGHORNE, PA 19047

**Non-Negotiable**