# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-18171-ELF

JAMI MARINO

820 AVENUE F

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMI MARINO

    820 AVENUE F

    LANGHORNE, PA 19047

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 3/14/2019

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee