# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-18171-ELF

JAMI MARINO

820 AVENUE F

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMI MARINO

    820 AVENUE F

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 4/9/2019

                                            /S/ William C. Miller
                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee