## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jami Marino<br>_Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs. | NO. 18-18171 ELF |
| Jami Marino<br>_Debtor(s)_ | |
| William C. Miller Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, ~~reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore~~ it is,

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 TOYOTA RAV4, VIN: JTMRFREV6JJ742302 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date: 9/10/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**