United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jami Marino  
    Debtor

Case No. 18-18171-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Sep 10, 2019  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.  
db         +Jami Marino,    820 Avenue F,    Langhorne, PA 19047-3825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2019 02:52:01      Synchrony Bank,  
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                                 TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:  
              BRAD J. SADEK    on behalf of Debtor Jami Marino brad@sadeklaw.com,   bradsadek@gmail.com  
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation   bkgroup@kmllawgroup.com  
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jami Marino <u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation <u>Movant</u> vs. | NO. 18-18171 ELF |
| Jami Marino <u>Debtor(s)</u> | |
| William C. Miller Esq. <u>Trustee</u> | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is ~~reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore~~,

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 TOYOTA RAV4, VIN: JTMRFREV6JJ742302  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

    **Order entered by default.**

Date: 9/10/19                                          _____
                                                                              **ERIC L. FRANK
                                                                              U.S. BANKRUPTCY JUDGE**