# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-18171-ELF

JAMI MARINO

820 AVENUE F

LANGHORNE, PA 19047

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMI MARINO

    820 AVENUE F

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 10/1/2019

                                    /S/ William C. Miller
                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee