United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-18171-elf
Jami Marino                                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2                Date Rcvd: Nov 13, 2019
                              Form ID: pdf900         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
```
db             +Jami Marino,    820 Avenue F,    Langhorne, PA 19047-3825
14244914       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14268179       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14244916       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14244917       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14244918       +Ecmc Group,    Attn: Bankruptcy,    111 Washington Ave South  Ste 1400,
                 Minneapolis, MN 55401-6800
14262727        Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
14249291       +M & T Bank,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14244924        Student Ln,    C/o Acs,    Utica, NY 13501
14244925       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
14373546       +Toyota Motor Credit Corp.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14265428       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14268505        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
14244927       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
14244928       +Wf/home Pr,    Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14269636       +E-mail/Text: g20950@att.com Nov 14 2019 03:40:58     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14244913       +E-mail/Text: bankruptcy@rentacenter.com Nov 14 2019 03:41:04     Acceptance Now,
                 Attn: Acceptancenow Customer Service / B,    5501 Headquarters Dr,    Plano, TX 75024-5837
14275702       +E-mail/Text: bnc@atlasacq.com Nov 14 2019 03:40:04     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14244915       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 03:48:14     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14256929        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 03:48:30
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14244919       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Nov 14 2019 03:40:07     Freedom Credit Union,
                 Attn: Bankruptcy Dept.,    626 Jacksonville Road, Suite 250,    Warminster, PA 18974-4862
14244920        E-mail/Text: camanagement@mtb.com Nov 14 2019 03:40:09     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
14275963        E-mail/Text: camanagement@mtb.com Nov 14 2019 03:40:09     M & T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
14244921       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2019 03:40:29     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14255363       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2019 03:40:29     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14294380        E-mail/PDF: pa_dc_claims@navient.com Nov 14 2019 03:48:51     NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14244922       +E-mail/PDF: pa_dc_claims@navient.com Nov 14 2019 03:48:51     Navient,    Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
14272815        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:59:12
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14270409        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14245812       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:16
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14244923       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:59:28
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14245912       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 03:48:47     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14244926       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 14 2019 03:39:33
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 21
```

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2                  Date Rcvd: Nov 13, 2019
                              Form ID: pdf900           Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Jami  Marino brad@sadeklaw.com,   bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| JAMI MARINO | |
| Debtor | Bankruptcy No. 18-18171-ELF |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 13, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
JAMI MARINO

820 AVENUE F

LANGHORNE, PA 19047